| | |
|---|---|
| James H. MaGee | Honorable Judge: Philip H. Brandt |
| Law Offices of James H. MaGee | Hearing Location: Seattle |
| 1108 N 6th St. | Hearing Date: March 4, 2010 |
| Tacoma, WA 98403 | Hearing Time: 10:30 a.m. |
| (253) 383-1001 | Response Date: February 25, 2010 |

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE:<br><br>DOUGLAS PHONSAVANH<br>BORIBOUNKEO PHONSAVANH<br><br>DEBTOR(s). | CHAPTER 7 BANKRUPTCY<br><br>CASE NO.: 09-19080-PHB<br><br>ORDER GRANTING RELIEF FROM STAY TO LITTON LOAN SERVICING LP., AS SERVICER FOR HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR OWNIT MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-5, THROUGH ITS SERVICING AGENT LITTON LOAN SERVICING, LP. |

**THIS MATTER** came before the Court upon the HSBC Bank USA, National Association, as Trustee for Ownit Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-5, through its servicing agent Litton Loan Servicing, LP., motion for relief from stay. The Court considered the motion and any opposition thereto and the matters on record. It appears for the reasons stated in the motion the stay should be lifted as to enforcement of the deed of trust that is the subject of HSBC Bank USA, National Association, as Trustee for Ownit Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-5, through its servicing agent Litton Loan Servicing, LP.'s motion and further as to the property located at

ORDER GRANTING RELIEF FROM STAY
Page 1 of 2
E:\Clients\BVW\Phonsavanh, Douglas\SR#2\Final Order.doc

LAW OFFICES OF JAMES H. MAGEE
P.O. Box 1132
Tacoma, WA 98401-1132
(253) 383-1001 Fax: (253) 383-2813

Case 09-19080-PHB    Doc 52    Filed 03/01/10    Entered 03/01/10 17:16:55    Page 1 of 2

29412 61st Ave S., Auburn, Washington 98001 ("Property") and legally described as set forth in the Deed of Trust attached to the affidavit on file with the court.

IT IS THEREFORE ORDERED that pursuant to 11 U.S.C. § 362(d), the automatic stay is terminated as to HSBC Bank USA, National Association, as Trustee for Ownit Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-5, through its servicing agent Litton Loan Servicing, LP.'s motion. Creditor, its successors and assigns, may, at its option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement and may contact the Debtor via telephone or written correspondence to offer such an agreement, which shall be non-recourse unless included in a reaffirmation agreement.

It is also ordered that the terms of the Note and Deed of Trust shall control as to assessment of any reasonable fee associated with the Motion for Relief. It is further ordered that the order shall be effective immediately notwithstanding the provisions of F.R.B.P 4001(a)(3) and that the order shall be effective as to any chapter under which the present case may be converted absent further order of this court.

DATED this ___ day of _____ 2010 by:

United States Bankruptcy Judge
(Dated as of Entered on Docket date above)
U.S. BANKRUPTCY JUDGE

Presented by:

/s/ James H. MaGee
James H. MaGee, WSBA 23434
Attorney for HSBC Bank USA, National Association,
as Trustee for Ownit Mortgage Loan Trust, Mortgage
Loan Asset-Backed Certificates, Series 2005-5,
through its servicing agent Litton Loan Servicing, LP.

ORDER GRANTING RELIEF FROM STAY
Page 2 of 2
E:\Clients\BVW\Phonsavanh, Douglas\SR#2\Final Order.doc

LAW OFFICES OF JAMES H. MAGEE
P.O. Box 1132
Tacoma, WA 98401-1132
(253) 383-1001  Fax: (253) 383-2813